# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### UNITED STATES DISTRICT JUDGE
### 5614 UNITED STATES COURTHOUSE
### INDEPENDENCE MALL
### PHILADELPHIA, PENNSYLVANIA 19106-1743

CHAMBERS OF

JUDGE BERLE M. SCHILLER

UNITED STATES DISTRICT JUDGE

(267) 299-7620

July 3, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

> *Re:*   Calendar Year 2006 Filing

Dear Judge Smith:

This letter is in response to your letter of June 26 regarding certain items in my 2006 Financial Disclosure Report.

(1)   In Part VII, page 6, lines 23 and 25, 'Goldman Sachs IRA' should be "Goldman Sachs Allocation Fund." 'Merrill Lynch IRA' should be "Merrill Lynch IRA (MFS Moderate Allocation Fund, AIM Charter Fund, AIM International Fund, Merrill Lynch Bank USA RASP, and AIM Constellation Fund)."

(2)   In Part VII, page 6, line 24, Column A, 'Profit Sharing' should be "Atlas & Hall LLP 401(k) and Profit Sharing Plan."

Thank you for your concern in this matter.



Berle M. Schiller
United States District Judge

BMS/jmp

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schiller, Berle M | 2. Court or Organization<br><br>E.D. Pa. | 3. Date of Report<br><br>05/8/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>601 Market St.<br>Phila., Pa. 19106-1747 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10:22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2006 | self-employed, lawyer |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | NY Intellectual Property Assoc. | travel and lodging at meeting in NY,NY. March 23-24 |
| 2. | ABA-National Conf of Fed. Trial Judges | travel and lodging at mid-year meeting from Phila to Chicago, Il .Feb 8-12 |
| 3. | ABA-National Conf of Fed. Trial Judges | travel to meet with Jim Duff and Judge Keeley, Washington, DC. June 6 |
| 4. | ABA-National Conf of Fed. Trial Judges | travel and lodging for planning meeting in Rapid City, S.D. May 18-21 |
| 5. | ABA-National Conf of Fed. Trial Judges | travel and lodging at Annual meeting in Honolulu, Hawaii Aug. 3-8 |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

| 6. | ABA-National Conf of Fed. Trial Judges | travel to SOC meeting in Chicago, Il. Sept. 14-16 |
|---|---|---|
| 7. | National Employment Lawyers Assoc.-Panelist | travel to Washington, DC Oct. 13 |
| 8. | ABA-National Conf of Fed. Trial Judges | meeting with new Chair of House Judiciary Committee Washington, DC Dec. 7 |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers common stock | A | Dividend | K | T | None | | | | |
| 2. Peco Energy common stock | A | Dividend | J | T | None | | | | |
| 3. Allergan common stock | A | Dividend | J | T | None | | | | |
| 4. Smith Kline Beckman common stock | A | Dividend | J | T | None | | | | |
| 5. SBC common stock | A | Dividend | J | T | None | | | | |
| 6. ADM common stock | A | Dividend | J | T | None | | | | |
| 7. Vodafon common stock | A | Dividend | J | T | None | | | | |
| 8. PSBI common stock | | None | K | T | None | | | | |
| 9. Wenfield Corp-common | B | Dividend | J | T | None | | | | |
| 10. First Union Bank Account(Wachovia-name change) | B | Interest | L | T | None | | | | |
| 11. Fidelity Magellan IRA, Fidelity Growth & Income Fund IRA | A | Interest | K | T | roll-over | 12-14 | K | | |
| 12. Rockledge-Hartsdale Assoc. | B | Distribution | J | T | partial | | | | |
| 13. Corning Inc. | A | Dividend | J | T | sold | 11-29 | J | A | |
| 14. GE | B | Dividend | J | T | None | | | | |
| 15. Intel | B | Dividend | J | T | None | | | | |
| 16. IBM | B | Dividend | J | T | None | | | | |
| 17. JPM | B | Dividend | J | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | , T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft | | None | J | T | None | | | | |
| 19. Oracle Corp | | None | J | T | None | | | | |
| 20. Sun Microsystems | | None | J | T | sold | 11-21 | J | A | |
| 21. SPPTY | | None | J | T | worthless | | J | | |
| 22. ICON Core Equity Fund | D | Dividend | J | T | sold | 3-6 | J | B | |
| 23. Goldman Sachs IRA X | E | None | K | T | roll-over | 2-10 | K | | |
| 24. Profit Sharing | G | None | O | T | none | | | | |
| 25. Merrill Lynch IRA | D | Int./Div. | N | T | none | | | | |
| 26. Dreyfus Appreciation Fund | B | Int./Div. | K | T | sold | 3-7 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I re-married in January and new items are reflected Parts III-B and VII-lines 24-26, I rolled over my IRA VII line 11 to line 23 and SPPTY became worthless and I took a full loss VII line 21

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 05/8/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date 5-8-07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544